IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LOTTIE THOMPSON-GROVES and BILLY GROVES, | * |
| | * |
| PLAINTIFFS, | |
| | * |
| vs. | CASE NO. 1-19-cv-961-WS-B |
| | * |
| BIG LOTS STORES, INC., | |
| | * |
| DEFENDANT. | |

## JOINT NOTICE OF SETTLEMENT

The parties have settled the case and are finalizing the settlement documents. The parties anticipate filing a dismissal shortly.

Respectfully submitted,

/s/ Cassie E. Taylor
Cassie E. Taylor
ADA Group, LLC
4001 Carmichael Road, Suite 570
Montgomery, AL  36106
cet@ada-firm.com
*Attorney for Plaintiff*

/s/ H. Spence Morano
H. Spence Morano   ASB-0614-H52M
LEAK, DOUGLAS & MORANO, P.C.
The John A. Hand Building
17 20th Street North, Suite 200
Birmingham, AL 35203
smorano@leakdouglas.com
*Attorney for Defendant, Big Lots Stores, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 10, 2020, a copy of the foregoing pleading and Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt to the parties at the addresses listed below.

                                   /s/ H. Spence Morano
                                   OF COUNSEL

cc:
Cassie E. Taylor, Esq.
L. Landis Sexton, Esq.
ADA Group, LLC
4001 Carmichael Road, Suite 570
Montgomery, AL  36106
cet@ada-firm.com
lls@ada-firm.com
*Attorneys for Plaintiff*

2