# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LOTTIE THOMPSON-GROVES** and **BILLY GROVES,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    CIVIL ACTION 19-0961-WS-B ) |
| **BIG LOTS STORES, INC.,** | ) ) |
| Defendant. | ) |

## ORDER

On this date, the parties filed a Joint Notice of Settlement (doc. 9), confirming that they have settled this matter in its entirety and are now finalizing settlement documents. In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her, his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 10th day of March, 2020.

s/ WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE